

# Fourth Court of Appeals
## San Antonio, Texas

November 8, 2018

No. 04-18-00646-CV

**IN THE INTEREST OF J.A.R. JR., J.R.R. AND A.I.T.,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02660
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due to be filed on November 5, 2018. Appellant filed a motion for extension of time requesting a twenty-day extension to file the brief. The motion, however, does not comply with Texas Rule of Appellate Procedure 10.1(a)(5) in that it does not contain a certificate of conference. In the interest of justice and given the time constraints governing the disposition of this appeal, the motion is GRANTED. Appellant's brief must be filed no later than November 26, 2018. Appellant is advised that further requests for extensions of time will be disfavored.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court